IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS R. GALLOWAY, Jr., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 11-691 |
| ) | |
| v. ) | Judge Nora Barry Fischer/ |
| ) | Magistrate Judge Maureen P. Kelly |
| WESTMORELAND COUNTY COURT ) | |
| (CRIMINAL DIVISION), ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM ORDER

The above-captioned prisoner civil rights complaint and request to proceed in forma pauperis ("IFP") were received by the Clerk of Court on May 24, 2011, and were referred to United States Magistrate Judge Maureen P. Kelly for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

The Magistrate Judge's Report and Recommendation ("the Report"), ECF No. [3], filed on August 16, 2011, recommended pre-service dismissal of the complaint pursuant to 28 U.S.C. §§ 1915(e) and 1915A of the Prison Litigation Reform Act ("PLRA") because the complaint failed to state a claim upon which relief could be granted. Service was made on the Plaintiff at his address of record.

Plaintiff filed objections to the Report. ECF No. [12]. The objections do not merit rejection of the Report. The objections simply re-argue the merits of Plaintiff's putative delay-of-trial claim and are not at all responsive to the grounds raised in the Report for dismissing the complaint.

Hence, the following order is entered.

AND NOW, this 13th day of September 2011;

**IT IS HEREBY ORDERED** that the complaint is dismissed pre-service pursuant to the PLRA for failure to state a claim upon which relief can be granted.

**IT IS FURTHER ORDERED** that the Report and Recommendation, ECF No. [9], filed on August 16, 2011 by Magistrate Judge Kelly, is adopted as the opinion of the court.

September 13, 2011

*Nora Barry Fischer*
Nora Barry Fischer
United States District Judge

cc:

THOMAS R. GALLOWAY
JY 8603
SCI Camp Hill
P.O. Box 200
Camp Hill, PA 17001-0200